# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Agustin Nunez-Leonardo | ) Case No:  5:19-CR-185-M-1 |
| | ) USM No:  52455-479 |
| Date of Original Judgment:          06/29/2021 | ) |
| Date of Previous Amended Judgment: | ) Alan DuBois, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   June 29, 2021   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   9/27/2025

Richard E Myers II

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Richard E. Myers II, Chief United States District Judge
*Printed name and title*